THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
ALESANDRO BELLANDO et al., Defendants.

FELIX BELLANDO, as Executor of ALESANDRO BELLANDO,
Deceased, Respondent.

*People* v. *Bellando,* 137 App. Div. 777, 948, affirmed.
(Submitted June 1, 1910; decided June 17, 1910.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial department,
entered April 15, 1910, which reversed an order of Special
Term denying a motion to set aside the forfeiture of a recog-
nizance, the judgment entered, and the execution issued
thereon, and granted said motion.

The following question was certified : " Can a judgment on
a forfeited recognizance or bail bond be entered against a
surety without action, where the surety was guilty of no breach
of the condition of the bond during his life, and the surety
died before the bond was forfeited, and the order of forfeiture
was filed after his death ? "

*Charles S. Whitman, District Attorney (Robert C. Taylor*
of counsel), for appellant.

*Archibald R. Watson, Corporation Counsel (Theodore
Connoly* and *Clarence L. Barber* of counsel), for City of New
York.

*Arthur E. Kaulfuss* and *Joseph M. Callahan* for
respondent.

Order affirmed, with costs, and question certified answered
in the negative on the opinion of INGRAHAM, P. J., below.

Concur : GRAY, VANN, HISCOCK and CHASE, JJ.
Dissent : CULLEN, Ch. J., HAIGHT and WERNER, JJ.